IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JAMES EUGENE YATES**   **PLAINTIFF**

v.   No. 3:12-cv-25-DPM

JOHN FOGLEMAN, Circuit Court Judge;
FRED THOREN, Deputy Prosecuting Attorney;
MIKE STEPHENSON; BUTLER BERNARD, Deputy
Public Defender; OBILLE, Officer, West Memphis
Police Department; TERRY HAWKINS, Circuit Court
Clerk and Recorder; TERRY GRIFFIN, District Court
Clerk; PAL RAINEY, District Court Judge; LINDSEY
J. FAIRLEY, Deputy Prosecuting Attorney; and TOM
G. MONTGOMERY, Public Defender   **DEFENDANTS**

## JUDGMENT

Yates's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 May 2012